No. 71–6288. INGRAM v. HASKINS, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6289. LESLIE ET AL. v. MATZKIN, JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6365. GRUMBLES ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6366. DUFF v. ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–943. WHITAKER v. NEW YORK ET AL. Ct. App. N. Y. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–966. DOHERTY v. DISTRICT OF COLUMBIA UNEMPLOYMENT COMPENSATION BOARD. Ct. App. D. C. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–1125. DELAUGHTER ET AL. v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–1130. CARGILL, INC., ET AL. v. BUTZ, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.